UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :
                                             :
    ERIC M. MERTZ                       : Bankruptcy No. 18-12316REF
                                             :
    Debtor(s)                            : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice *for one year* and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

12/6/18

FOR THE COURT

_R. [signature]_
Chief Judge, Richard E. Fehling

Interested parties:

William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Stephen Mc Coy Otto, Esq.
833 N. Park Road, Suite 102
Wyomissing, PA 19610

Eric M. Mertz
850 Lincoln Road
Birdsboro, PA 19508

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107