United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 18-12316-ref
Eric M. Mertz                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: Dec 07, 2018
                              Form ID: pdf900          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db           +Eric M. Mertz,    850 Lincoln Road,    Birdsboro, PA 19508-8828
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14094281     +PNC Bank National Association,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
14091537     +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14122278     +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
14104873     +POTTSTOWN CLINIC COMPANY LLC,    PO BOX 188,    BRENTWOOD, TN 37024-0188
14091538     +Service Electric Cablevision - Birdsboro,    6400 Perkiomen Ave,    Birdsboro, PA 19508-9126
14091540     +West Reading Radiology,    2 Meridian Blvd., 2nd Floor,    Wyomissing, PA 19610-3202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 03:29:25
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2018 03:30:17     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14091539      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 08 2018 03:28:54
               VERIZON WIRELESS,    PO Box 26055,    Minneapolis, MN 55426-0055
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   PNC BANK, N.A. bkgroup@kmllawgroup.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Eric M. Mertz steve@sottolaw.com, info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

        ERIC M. MERTZ              : Bankruptcy No.  18-12316REF

        Debtor(s)                  : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice **for one year** and debtor is barred from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

12/6/18

FOR THE COURT

_R. [signature]_
Chief Judge, Richard E. Fehling

Interested parties:

William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Stephen Mc Coy Otto, Esq.
833 N. Park Road, Suite 102
Wyomissing, PA 19610

Eric M. Mertz
850 Lincoln Road
Birdsboro, PA 19508

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107